**Steven L. HIBSHMAN, Appellant,**

v.

**Michael J. ASTRUE, Commissioner, Social Security Administration, Appellee.**

No. 08–1502.

United States Court of Appeals, Eighth Circuit.

Submitted: June 5, 2009.

Filed: June 23, 2009.

Frederick S. Spencer, Mountain Home, AR, for Appellant.

Virginia Watson Keyes, Social Security Administration Office of General Counsel Region VI, Dallas, TX, Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Steven L. Hibshman appeals the district court's [1] order affirming the denial of supplemental security income and disability insurance benefits. After careful review of the record, see *Juszczyk v. Astrue*, 542 F.3d 626, 631 (8th Cir.2008) (standard of review), we find no merit to Hibshman's arguments for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.